UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ASHLEY KIRCHER                )
                              )
    Plaintiff,                )
                              )
v.                            )   Case No. 4:13-cv-00892-JAR
                              )
APPELLES, LLC                 )
                              )
    Defendant.                )

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action should be dismissed with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED:

**/s/ Nathan K. Bader**

NATHAN K. BADER #64707MO
RICHARD A. VOYTAS, Jr., #52046MO
Voytas & Company, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1068
Fax:    (314) 667-3161

So Ordered
John A. Ross
9/5/2013

## CERTIFICATION

The below signature certifies that on September 5, 2013 the foregoing was served by operation of the Court's electronic filing system to the following counsel of record:

SPENCER FANE BRITT & BROWNE LLP

Joshua C. Dickinson
Patrick T. McLaughlin
1 North Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
jdickinson@spencerfane.com
pmclaughlin@spencerfane.com

/s/ Nathan K. Bader